UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA

         -against-

HERMAN TURNER,

                      Defendant.
------------------------------------------------------------X

         **MEMORANDUM**

         23 Cr. 521 (KMK)

TO:    KENNETH M. KARAS, UNITED STATES DISTRICT JUDGE

       Please find attached a transcript of the October 10, 2023, plea allocution over which I presided, setting forth my Report and Recommendation to you. Please let me know if I can be of further assistance.

Dated: December 28, 2023
        White Plains, New York

                  Respectfully submitted,

                  _____
                  ANDREW E. KRAUSE
                  United States Magistrate Judge

December 28, 2023

      This transcript represents my Report and Recommendation to the Honorable Kenneth M. Karas, United States District Judge.

                                              **SO ORDERED.**

                                      _____
                                      ANDREW E. KRAUSE
                                      United States Magistrate Judge